UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                  :

DEINYA PHENIX,                      :        25cv5174(DLC)
                                  :

                Plaintiff,   :        ORDER
        -v-               :

VERA INSTITUTE OF JUSTICE, INC.,  :
et al.,                       :

               Defendants.  :
                                  :
------------------------------------ X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 23, 2026.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          December 17, 2025

                                   DENISE COTE
                       United States District Judge